IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MILLER, | 1:10-cv-00453-SMS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR COURT TO SCREEN COMPLAINT AND FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |
| vs. | |
| EDMUND G. BROWN, JR., et al., | (Doc. 1.) |
| Defendants. | |

This is a civil action filed by plaintiff Michael Anthony Miller ("plaintiff"), a state prisoner proceeding pro se. The action was removed from the Fresno County Superior Court to this court by defendants Edmund G. Brown, Jr. (California Attorney General), Zackery Morazzini and Arnold Schwarzenegger (Governor of the State of California) ("Defendants") on March 12, 2010, as a civil rights action under the United States Constitution and of the RICO Act, 18 U.S.C. § 1961. On March 12, 2010, Defendants filed a request for the court to screen plaintiff's complaint under 28 U.S.C. § 1915A and to grant Defendants an extension of time in which to file a responsive pleading. (Doc. 1.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint alleges violations under the RICO Act, 18 U.S.C. § 1961, and violations

1 | of state law by defendants, for imprisoning him on false charges, exposing him to Valley Fever,
2 | and using pepper spray against him. Because plaintiff is incarcerated and at least some of the
3 | defendants are officers or employees of the State of California, the court is required to screen
4 | the complaint. Therefore, Defendants' request for the court to screen the complaint shall be
5 | granted. In addition, good cause appearing, the request for extension of time shall be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' request for the court to screen the complaint is GRANTED, and the court shall issue a screening order in due time;
2. Defendants are GRANTED an extension of time until thirty days from the date of service of the court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:   March 18, 2010**               /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE