IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MILLER, | Case No. 1:10-cv-00453 LJO JLT (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR REFERRAL OF CRIMINAL MATTERS |
| vs. | FOR PROSECUTION |
| EDMUND G. BROWN, JR., et al., | (Doc. 29) |
| Defendants. | |

On January 11, 2011, Plaintiff filed a motion to refer the criminal issues alleged in his complaint to the United States Attorney's Office for prosecution. (Doc. 29.) Plaintiff is advised that whatever criminal charges he wishes to pursue must be filed directly with the appropriate authorities; this Court will not act as an intermediary. Accordingly, it is **HEREBY ORDERED** that Plaintiff's January 11, 2011 motion is **DENIED**.

IT IS SO ORDERED.

Dated: **September 11, 2011**             /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE